UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesus Francisco ROMERO–GONZALEZ, a/k/a Jose E. Romero, a/k/a Jesus Gonazales, a/k/a Juan Pablo Martinez, Defendant–Appellant.

No. 01–7997.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Jesus Francisco Romero–Gonzalez, Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

**108**

PER CURIAM.

Jesus Francisco Romero–Gonzalez seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Romero–Gonzalez*, Nos. CR–99–244–A; CA–01–844–AM (E.D.Va. Oct. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*